ANNE M. BEVINGTON (SBN 111320)
SHAAMINI A. BABU (SBN 230704)
ANJULI M. CARGAIN (SBN 270546)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
abevington@sjlawcorp.com
sbabu@sjlawcorp.com
acargain@sjlawcorp.com
Attorneys for Plaintiffs

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND et al.<br><br>        Plaintiffs,<br><br>vs.<br><br>RJ MILES, INC. FKA RJ MILES COMPANY; and DOES 1-10,<br><br>        Defendants. | Case No.: CV 15-5595 KAW<br><br>**REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:     March 8, 2016<br>Time:     1:30 PM<br>Location: Courtroom 4, 3rd Floor<br>             Ronald Dellums Federal Building<br>             1301 Clay Street<br>             Oakland, CA 94612<br>Judge:    Magistrate Judge Kandis A. Westmore |

Plaintiffs PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS et al., ("Plaintiffs"), hereby submit a Request to Continue the Initial Case Management Conference currently scheduled for Tuesday, March 8, 2016, at 1:30 p.m., to Tuesday, June 7, 2016, at 1:30 p.m., or such other date thereafter that is convenient to the Court. Good cause exists for the granting of the continuance, as follows:

1.    A Complaint was filed by Plaintiffs against Defendant RJ MILES, INC. FKA RJ MILES COMPANY ("Defendant") in this matter on December 8, 2015. Docket No. 1. Substituted Service on Defendant was effectuated by delivery on December 27, 2015, and mailing on

1 | December 31, 2015. Docket No. 10

2 |     2.    Defendant has failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense, or other appearance has run.

4 |     3.    A Request for Entry of Default as to Defendant was filed by Plaintiffs on February 3, 2016. Docket Nos. 12-13.

6 |     4.    This is the first request to continue the Initial Case Management Conference. This request is made in order for the Plaintiffs to have sufficient opportunity to file a Motion for Default Judgment against Defendant in this matter before incurring the expense and using the Court's resources in proceeding with the Initial Case Management Conference.  Plaintiffs expect to file said motion on or around April 25, 2016.

11 |     5.    Based on the foregoing, the parties respectfully request that this Court continue the Initial Case Management Conference to Tuesday, June 7, 2016, at 1:30 p.m., or such other date thereafter that is convenient to the Court. The effect of this requested time modification would extend the date of the Initial Case Management Conference and related deadlines.

Dated:  February 16, 2016        SALTZMAN & JOHNSON LAW CORPORATION

By:     /s/Anjuli M. Cargain
    Anjuli M. Cargain
    Attorneys for Plaintiffs

**ORDER**

Based on the foregoing, and good cause appearing, the Initial Case Management Conference is continued to Tuesday, June 7, 2016 at 1:30 p.m. The parties must file a Joint Case Management Conference Statement by Tuesday, May 31, 2016. All related deadlines are extended accordingly.

IT IS SO ORDERED.

Date: 2/17/16   *Kandis Westmore*
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE