United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RJ MILES, INC.,<br><br>Defendant. | Case No. 15-cv-05595-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 17 |

PLEASE TAKE NOTICE that the chambers copy of Plaintiffs' motion for default judgment was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐ consists of a stack of loose paper wrapped with a rubber band;

☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒ has no tabs for the exhibits;

☐ includes exhibits that are illegible;

☐ includes exhibits that are unreadable because the print is too small;

☐ includes text and/or footnotes in a font smaller than 12 point;

☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☒ is not usable for another reason –   Documents are printed double-sided rather than single-sided.

The paper used for the above-described chambers copy has been recycled by the court. Plaintiffs shall submit a chambers copy in a format that is usable by the court no later than May 4, 2016.

IT IS SO ORDERED.

Dated: April 25, 2016

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge